Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
District of
Division

Sha'Clitiya Thomas
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States of America Postal Service
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV122-110
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sha'Clitiya Thomas
Street Address: 2844 Fairmount St
City and County: Augusta Richmond
State and Zip Code: Georgia 30906
Telephone Number: 404-210-7570
E-mail Address: shaclitiyathomas@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: United States of America Postal Service
Job or Title (if known):
Street Address: 475 L'Enfant Plaza SW, Washington,

Page 1 of 5

City and County          Washington
State and Zip Code       DC  20260
Telephone Number         1-800-275-8777
E-mail Address (if known)

Defendant No. 2
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 3
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 4
  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) Sha'Clitiya Thomas , is a citizen of the State of (name) Georgia .

2. If the plaintiff is a corporation
   The plaintiff, (name) _____ , is incorporated under the laws of the State of (name) _____ ,

Page 2 of 4

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. **The Defendant(s)**

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* **United States of America Postal Service**, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**the extent of our injuries and property lost**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* **09/23/2019**, at *(place)* **Downtown Augusta Georgia**, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* **I was involved in an accident with the defendant while pregnant with my unborn child. Defendant made an improper turn causing the accident. I recieved injury to my knee. And after going through a very painful pregnancy Doctors not being able to explain my pains. My daughter was born with a hyperextended leg causing her to have to go through therapy.**

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)* the defendant failing to properly operate the vechile causing the accident and pain and suffering of my unborn child.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I'm asking the Courts to order payment of all my daughters medical bills in the amount of $7,623. Also all of my medical bills during my pregnancy in the amount of $20,354. $10,000 for two of my deceased grandma's necklaces that were lost during the accident, And $50,000 for pain and suffering for myself and my daughter totalling the amount of $87,977.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/16/2022

Signature of Plaintiff: Sha'Clifuya Thomas
Printed Name of Plaintiff: Sha'Clifuya Thomas

### B. For Attorneys

Date of signing:

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |